IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PERKINS, | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-0763 |
| LAWRENCE MAHALLY, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this __17th____ day of November, 2016, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Doc. 1), Respondents' Response in Opposition thereto (Doc. 8), Petitioner's Memorandum of Law in Support of the Petition (Doc. 9), Petitioner's Reply (Doc. 10), the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (Doc. 11), and Petitioner's Objections to the Report and Recommendation (Doc. 12), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation (Doc. 11) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED WITH PREJUDICE**; and

3. There is no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**